Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO DE GUZMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>PARC TEMPLE LLC; PARC TEMPLE LLC dba SEABREEZE HOMES; SUSAN DAVID, an individual; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. CV 07-1071-RC<br><br>JUDGMENT |

Pursuant to the Order Finding Settlement to be a Fair and Reasonable Resolution of a Bona Fide Dispute,

IT IS ADJUDGED that Judgment shall be entered dismissing the complaint and action with prejudice.

DATED: April 16, 2008

_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R\07-1071.jud
4/16/08